# THE STATE OF TEXAS
# M A N D A T E

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/21/2015 2:46:36 PM
PAM ESTES
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE 114TH DISTRICT COURT OF SMITH COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 22nd day of July, 2015, the cause upon appeal to revise or reverse your judgment between

**RACHEL MICHELLE KIRKSEY, Appellant**

**NO. 12-14-00354-CR; Trial Court No. 114-0778-14**

Opinion by Brian Hoyle, Justice.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and brief filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN,** Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 15th day of September, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk





**CHIEF JUSTICE**
**JAMES T. WORTHEN**

**TWELFTH COURT OF APPEALS**

**CLERK**
**PAM ESTES**

**JUSTICES**
**BRIAN HOYLE**
**GREG NEELEY**

**CHIEF STAFF ATTORNEY**
**MARGARET HUSSEY**

September 15, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:           12-14-00349-CR, 12-14-00354-CR
        Trial Court Case Number:  114-0777-14, 114-0778-14

**Style:**  Rachel Michelle Kirksey
         v.
         The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

CC:  Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)
     Mr. Michael J. West (DELIVERED VIA E-MAIL)
     Rachel Michelle Kirksey

Mandate executed on _17th_ day of _September_ , 2015.

Brief explanation of action taken: _Scanned_

_____ District/County Clerk